(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Daljit Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **CASE NO.: 1:04-CR-5356 AWI** |
| ) | |
| Plaintiff,   ) | **STIPULATION TO SET SENTENCING** |
| ) | **DATE FOR NOVEMBER 19, 2007**; |
| v.   ) | **ORDER** |
| ) | |
| DALJIT SINGH, TARSEM SINGH   ) | |
| PAHAL AND JASPREET SINGH,   ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between defendants, Daljit Singh, Tarsem Singh Pahal, Jaspreet Singh, by and through their attorneys of record, Harry M. Drandell, Richard P. Berman and John Garland, respectively, and Plaintiff, United States of America, by and through Assistant United States Attorney, Mark E, Cullers, that the sentencing hearing in the above-captioned matter be scheduled for Monday, November 19, 2007.

This continuance is jointly requested by the parties. The matter had been scheduled for September 6, 2007, but was moved by the Court to November 1, 2007, as codefendants, Nijjar Brothers, NB Trucking, Surinder Singhh Nijjar and Amritpal P. Singh, have been set on November 1, 2007, pursuant to stipulation.

It is further stipulated by the parties that defendants, Daljit Singh, Tarsem Singh Pahal and Jaspreet Singh, can be present and participate in the evidentiary hearing of codefendants on November 1, 2007, if they so desire.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code §3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code §3161(h)(8)(ii) – that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

DATED: September 7, 2007            /s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Daljit Singh

DATED:  September 7, 2007            /s/ John F. Garland
_____
JOHN F. GARLAND,
Attorney for Defendant, Tarsem Singh Pahal

DATED: September 7, 2007            /s/ Richard P. Berman
_____
RICHARD P. BERMAN,
Attorney for Defendant, Jaspreet Singh

DATED:  September 7, 2007            /s/ Mark E. Cullers
_____
MARK E. CULLERS,
Attorney for Plaintiff, United States of America

**ORDER**

IT IS SO ORDERED.

**Dated:   September 7, 2007**            ___/s/ **Anthony W. Ishii**___
UNITED STATES DISTRICT JUDGE

2