JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
TARSEM SINGH PAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                               )<br>       Plaintiff,             )<br>                               )<br>       v.                      )<br>                               )<br>TARSEM SINGH PAHAL,            )<br>                               )<br>       Defendant.              )<br>_____) | Case No.  1: 04 CR 05356 AWI<br><br>WAIVER OF APPEARANCE<br>AND ORDER THEREON<br><br>DATE:   December 17, 2007<br>TIME:   9:00 a.m.<br>PLACE: Courtroom Two<br><br>HONORABLE ANTHONY W. ISHII |

   Defendant, TAERSEM SINGH PAHAL, hereby waives his right to be present in person in open court upon the hearing presently set for December 17, 2007 at 9:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in his absence and  agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at the date set by the court for sentencing.

Dated: December 14, 2007               /s/ Tarsem Singh Pahal
                                       TARSEM SINGH PAHAL

///

   ///

      ///

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant TARSEM SINGH PAHAL is hereby excused from appearing at the court hearing scheduled for December 17, 2007 at 9:00 a.m.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   December 14, 2007**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE