JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
TARSEM SINGH PAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 04-CR-05356 AWI |
| Plaintiff, ) | APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON |
| v. ) | |
| TARSEM SINGH PAHAL, ) | |
| Defendant. ) | HONORABLE ANTHONY  W. ISHII |

    Defendant, TARSEM SINGH PAHAL, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

    On December 6, 2004 defendant TARSEM SINGH PAHAL was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On December 13, 2004 United States Magistrate Judge Lawrence J. O'Neill ordered the release of Mr. Pahal, setting conditions of pretrial supervision, and a $1,000 cash bond. TARSEM SINGH PAHAL was released from custody on December 14, 2004 following the deposit of $1,000 cash with the Clerk of the Court by PARAMJIT SINGH [Doc. 82, Receipt # 101 6335].

    On October 11, 2006 TARSEM SINGH PAHAL appeared before this Court and entered a plea of guilty to Count 1 of a Superseding Information. On July 21, 2008 this Court sentenced TARSEM SINGH PAHAL  to a term of 3 months imprisonment and ordered him  to surrender to the federal institution designated by the United States Bureau of Prisons on or before 2:00 p.m.

1  on September 18, 2008.

2      On September 18, 2008 TARSEM SINGH PAHAL  surrendered to the Taft Correctional
3  Institution at Taft, California to begin service of the 3 month sentence imposed by this Court.
4  TARSEM SINGH PAHAL,  having surrendered to the designated federal institution as ordered,
5  hereby requests the Court exonerate the cash bond set by the Magistrate Judge and order the
6  Clerk of the Court to return the $1,000 cash [Receipt # 101 6335] to PARAMJIT SINGH.
7  Assistant United States Attorney Mark E. Cullers does not oppose this application

9  Dated: October 12,  2008                             Respectfully submitted,

11            /s/ John F. Garland
             John F. Garland
             Attorney for defendant
12           TARSEM SINGH PAHAL

**ORDER**

16      IT IS HEREBY ORDERED that the cash bond posted by PARAMJIT SINGH  is
17  exonerated and the Clerk of the Court is directed to return the $1,000 cash [Receipt # 101 6335]
18  to PARAMJIT SINGH.

20  IT IS SO ORDERED.
21  **Dated:    October 14, 2008**                    **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE