JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
TARSEM SINGH PAHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 04 CR 05356 AWI |
| | ) | |
| Plaintiff, | ) | ORDER FOR RETURN OF PASSPORT |
| | ) | |
| v. | ) | |
| | ) | |
| TARSEM SINGH PAHAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | HONORABLE  ANTHONY W. ISHII |

The above-named defendant having been sentenced and the legal proceedings having been terminated;

IT IS HEREBY ORDERED that the Passport posted in this matter on December 13, 2004 [Doc # 83] be returned  to defendant TARSEM SINGH PAHAL's attorney of record, John F. Garland.

Passport No.: **203392707**

Receipt No.: **101-6334**

IT IS SO ORDERED.

**Dated:   January 5, 2009**               /s/ **Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE

1